UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SAN RAFAEL CAPITAL PARTNERS, LLC<br><br>Plaintiff,<br>v.<br><br>DR. ASIF CHAUDHRY and DR. NAVIN SUBRAMANIAN,<br><br>Defendants. | Case No. 2:15-cv-00992-GMN-PAL<br><br>ORDER<br><br>(Subst Counsel – Dkt. #31) |

This matter is before the court on the Second Amended Motion for Leave to Substitute Attorney (Dkt. #31), and the Notice of Change of Address (Dkt. #30), both filed September 25, 2015.

In the Notice of Change of Address (Dkt. #30), attorney Amtoj S. Randhawa, who was counsel of record Defendants, previously worked at the law firm of Philip, Spallas & Angstadt, and now works at Newmeyer & Dillon.  In the Second Amended Motion for Leave to Substitute Attorney (Dkt. #31), Amtoj S. Randhawa and Jon Owens of Newmeyer & Dillon seek leave to be substituted in the place and stead of Brenda Entzminger and Breane Stryker of Phillips, Spallas & Angstadt, LLC for Defendants Dr. Asif Chaudhry and Dr. Navin Subramanian.

LR IA 10-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA10-6(d) also provides that the substitution of an attorney "shall not be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."  As counsel has only changed firms, there should be no delay of pretrial proceedings, discovery, the trial, or any hearing in this case.

Accordingly,

1

**IT IS ORDERED** that:

1. The Second Amended Motion for Leave to Substitute Attorney (Dkt. #31) is **GRANTED.**
2. Amtoj S. Sandhawa and Jon Owens of Newmeyer & Dillon are substituted in the place of Brenda Entzminger and Breane Stryker of Phillips, Spallas & Angstadt, LLC for Defendants Dr. Asif Chaudhry and Dr. Navin Subramian, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 25th day of September, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE